IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| COREY QUINN BURKE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 4:17-CV-98-WTM |
| JOHN WILCHER, MELISSA KOHNE, P. GORDON, B. LANG, sued in their individual and official capacities; and BRIAN COUNIHAN, T. FREESEMAN, CPL. RUCKER, MR. PAY TEL, and BOARD OF COMMISSIONERS, sued in their official capacities, | ) |
| Defendants. | ) |

## ANSWER AND DEFENSES OF DEFENDANT "MR. PAY TEL"

COMES NOW Pay Tel Communications, Inc. (erroneously identified in Plaintiff's Complaint as "Mr. Pay Tel") and files this Answer and Defenses to Plaintiff's Complaint on behalf of itself and "Mr. Pay Tel" to the extent necessary, showing to the Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief may be granted.

### SECOND DEFENSE

No act or omission on the part of Defendant or on the part of anyone for whom Defendant is responsible caused or contributed to any injury or damage sustained by the Plaintiff.

1

## THIRD DEFENSE

Defendant is not a state actor and was not acting under color of state law at any time mentioned in Plaintiff's Complaint.

## FOURTH DEFENSE

Service of process on Defendant is improper or insufficient.

## FIFTH DEFENSE

## ANSWER

Responding to the enumerated paragraphs of Plaintiff's Complaint, Defendant states as follows:

1. Defendant admits that this Court has jurisdiction as to the subject matter of Plaintiff's claims but denies that this Court has personal jurisdiction over Defendant due to insufficient or improper service of process.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10. Defendant admits it has a contract with Chatham County and the Sheriff of Chatham County to provide telephone services at the Chatham County Jail, but with respect to all policies and procedures affecting the telephone services, Defendant and serves at the direction and pleasure of the Chatham County Sheriff. Defendant denies that it or any of its agents and/or employees serve in any "official capacity" and denies that it or its agents and/or employees are in charge of the Chatham County Jail's inmate telephone system other than as directed by the sheriff.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint.

12. Defendant denies the allegations in Paragraph 12 of Plaintiff's Complaint to the extent that they are allegations against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18. Defendant denies the allegations in Paragraph 18 of Plaintiff's Complaint to the extent that they are allegations against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of Plaintiff's Complaint.

24. Defendant denies the allegations in Paragraph 24 of Plaintiff's Complaint to the extent that they are allegations against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 24 of Plaintiff's Complaint.

25. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of Plaintiff's Complaint.

26. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of Plaintiff's Complaint.

27. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of Plaintiff's Complaint.

28. Defendant denies the allegations in Paragraph 28 of Plaintiff's Complaint to the extent that they are allegations against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 28 of Plaintiff's Complaint.

29. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of Plaintiff's Complaint.

30. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiff's Complaint.

31. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of Plaintiff's Complaint.

32. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of Plaintiff's Complaint.

33. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of Plaintiff's Complaint.

34. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of Plaintiff's Complaint.

35. Upon information and belief, Defendant admits that, to the extent that the individual identified in Plaintiff's Complaint as "Mr. PayTel" is an agent and/or employee of Defendant, Defendant told Plaintiff to contact jail staff regarding these issues. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of

the allegations contained in Paragraph 35 of Plaintiff's Complaint.

36. Upon information and belief and to the extent that the individual identified in Plaintiff's Complaint as "Mr. PayTel" is an agent and/or employee of Defendant, the allegations contained in Paragraph 36 of Plaintiff's Complaint are admitted.

37. Defendant denies the allegations in Paragraph 37 of Plaintiff's Complaint to the extent that they are allegations against Defendant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 37 of Plaintiff's Complaint.

38. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of Plaintiff's Complaint.

39. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of Plaintiff's Complaint.

40. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of Plaintiff's Complaint.

41. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of Plaintiff's Complaint.

42. Upon information and belief and to the extent that the individual identified in Plaintiff's Complaint as "Mr. PayTel" is an agent and/or employee of Defendant, the allegations contained in Paragraph 42 of Plaintiff's Complaint are admitted.

43. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of Plaintiff's Complaint.

44. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of Plaintiff's Complaint.

45. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of Plaintiff's Complaint.

46. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of Plaintiff's Complaint.

47. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of Plaintiff's Complaint.

48. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of Plaintiff's Complaint.

49. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of Plaintiff's Complaint.

50. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of Plaintiff's Complaint.

51. Defendant denies the allegations contained in Paragraph 51 of Plaintiff's Complaint to the extent that there are allegations are made against Defendant.

52. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of Plaintiff's Complaint.

53. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of Plaintiff's Complaint.

54. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of Plaintiff's Complaint.

55. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of Plaintiff's Complaint.

56. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of Plaintiff's Complaint.

57. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of Plaintiff's Complaint.

58. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of Plaintiff's Complaint.

59. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 of Plaintiff's Complaint.

60. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 of Plaintiff's Complaint.

61. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 of Plaintiff's Complaint.

62. Defendant denies the allegations contained in Paragraph 62 of Plaintiff's Complaint to the extent that there are allegations are made against Defendant.

63. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of Plaintiff's Complaint.

## SIXTH DEFENSE

Each and every other wording or allegation contained in Plaintiff's Complaint not specifically responded to hereinabove is hereby denied.

## SEVENTH DEFENSE

Defendant shows that the responses contained in this pleading are based on the information currently available to the Defendant and are a good faith attempt to respond to every allegation. However, the Defendant reserves the right to amend its responses as discovery proceeds and new information becomes available.

WHEREFORE, Defendant prays that it be discharged without costs.

This 7rh day of September, 2017.

/S/EDWARD M. HUGHES
Edward M. Hughes
Georgia Bar No. 375650
Joshua H. Dorminy
Georgia Bar No. 822360
Attorney for Defendant

Ellis, Painter, Ratterree & Adams, LLP
2 East Bryan Street, #10 (31401)
Post Office Box 9946 (31412)
Savannah, Georgia
912.233.9700 Telephone
912.233.2281 Facsimile
bhughes@epra-law.com

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I electronically filed with the Clerk of Court ANSWER AND DEFENSES OF DEFENDANT "MR. PAY TEL using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Corey Quinn Burke
# 1002065089
Georgia Diagnostic &
Classification State Prison
PO Box 3877
Jackson, GA 30233

United States Marshals Service
125 Bull Street, Room 333
Savannah, Georgia 31401

THIS 7TH day of September, 2017.

/S/EDWARD M. HUGHES
Edward M. Hughes
Georgia Bar No. 375650
Joshua H. Dorminy
Georgia Bar No. 822360
Attorney for Defendant

Ellis Painter Ratterree & Adams
2 East Bryan St., 10th Floor (31401)
Post Office Box 9946 (31412)
Savannah, Georgia
912.233.9700 Telephone
912.233.2281 Facsimile
bhughes@epra-law.com