IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| COREY QUINN BURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:17-CV-98-WTM |
| | ) |
| JOHN WILCHER, MELISSA KOHNE, P. GORDON, B. LANG, sued in their individual and official capacities; and BRIAN COUNIHAN, T. FREESEMAN, CPL. RUCKER, MR. PAY TEL, and BOARD OF COMMISSIONERS, sued in their official capacities, | ) |
| | ) |
| Defendants. | ) |

## FED.R.CIV.P. 7.1 AND LOCAL RULE 7.1.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant, Pay Tel Communications, Inc., erroneously identified in the Plaintiff's Complaint as "Mr. Pay Tel," certifies that the following is a full and complete list of all parties in this action:

|   | NAME | IDENTIFICATION/RELATIONSHIP |
|---|---|---|
| 1. | Corey Quinn Burke | Plaintiff |
|   | John Wilcher | Defendant |
|   | Melissa Kohne | Defendant |
|   | P. Gordon | Defendant |
|   | B. Lang | Defendant |
|   | Brian Counihan | Defendant |
|   | T. Freeseman | Defendant |
|   | Cpl. Rucker | Defendant |

1

Board of Commissioners                                    Defendant

Pay Tel Communications, Inc., erroneously as "Mr. Pay Tel            Defendant

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties to the extent known to defense counsel at this time:

Given the nature of Defendant's work and this case, Defendant would request permission to file such disclosures under seal for *in camera* review. Please see Defendant's Motion to Keep Certain Documents Filed With the Court Under Seal.

At the present time, this information is unknown; however, should it become available, this response will be provided by supplement.

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

NAME                                              IDENTIFICATION/RELATIONSHIP

None known; however, should others become known, this response will be provided by supplement.

Dated this 7thday of September, 2017.

/S/EDWARD M. HUGHES_____
Edward M. Hughes
Georgia Bar No. 375650
Joshua H. Dorminy
Georgia Bar No. 822360
Attorneys for Pay Tel Communications, Inc.

Ellis, Painter, Ratterree & Adams, LLP
2 East Bryan Street, #10 (31401)
Post Office Box 9946 (31412)
Savannah, Georgia
912.233.9700 Telephone
912.233.2281 Facsimile
bhughes@epra-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I electronically filed with the Clerk of Court FED.R.CIV.P. 7.1 AND LOCAL RULE 7.1.1 DISCLOSURE STATEMENT using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Corey Quinn Burke<br>
# 1002065089<br>
Georgia Diagnostic &<br>
Classification State Prison<br>
PO Box 3877<br>
Jackson, GA  30233<br>
<br>
United States Marshals Service<br>
125 Bull Street, Room 333<br>
Savannah, Georgia  31401

THIS 7TH day of September, 2017.

/S/EDWARD M. HUGHES
Edward M. Hughes
Georgia Bar No. 375650
Joshua H. Dorminy
Georgia Bar No. 822360
Attorney for Defendant

Ellis Painter Ratterree & Adams
2 East Bryan St., 10th Floor (31401)
Post Office Box 9946  (31412)
Savannah, Georgia
912.233.9700 Telephone
912.233.2281 Facsimile
bhughes@epra-law.com