# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

COREY QUINN BURKE,        )
                                                          )
      Plaintiff,              )
                                                            )
v.                           )              CV417-098
                                                            )
SHERIFF JOHN T. WILCHER,   )
*et. al.*,                         )

## ORDER

Plaintiff asks the Court to issue an Order to Show Cause why defendants should not immediately allow him (and all other prisoners) to make free calls to defense counsel, and to further "enjoin" defendants from preventing him from making such calls. Doc. 20. This request is **DENIED**. A show cause hearing is unwarranted at this time (not all defendants have yet appeared, much less failed to comply with an order of this Court) and plaintiff has not shown that emergency injunctive relief is necessary.

**SO ORDERED,** this __14th__ day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA