IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| COREY QUINN BURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:17-CV-98-WTM |
| | ) |
| JOHN WILCHER, MELISSA KOHNE, | ) |
| P. GORDON, B. LANG, sued in their | ) |
| individual and official capacities; and | ) |
| BRIAN COUNIHAN, T. FREESEMAN, | ) |
| CPL. RUCKER, MR. PAY TEL, and | ) |
| BOARD OF COMMISSIONERS, sued in | ) |
| their official capacities, | ) |
| | ) |
| Defendants. | ) |

## FED.R.CIV.P. 7.1 AND LOCAL RULE 7.1.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant, Pay Tel Communications, Inc.,

erroneously identified in the Plaintiff's Complaint as "Mr. Pay Tel," certifies that the following

is a full and complete list of all parties in this action:

| | NAME | IDENTIFICATION/RELATIONSHIP |
|---|---|---|
| 1. | Corey Quinn Burke | Plaintiff |
| | John Wilcher | Defendant |
| | Melissa Kohne | Defendant |
| | P. Gordon | Defendant |
| | B. Lang | Defendant |
| | Brian Counihan | Defendant |
| | T. Freeseman | Defendant |
| | Cpl. Rucker | Defendant |

1

Board of Commissioners                                    Defendant

Pay Tel Communications, Inc., erroneously as "Mr. Pay Tel Defendant

The undersigned further certifies that the following is a full and complete list of officers,

directors, or trustees of the above-identified parties to the extent known to defense counsel at this

time:

     John Vincent Townsend, III           President and Treasurer

     Rebecca H. Townsend              Secretary

The undersigned further certifies that the following is a full and complete list of other

persons, firms, partnerships, corporations, or organizations that have a financial interest in, or

another interest which could be substantially affected by the outcome of this case (including a

relationship as a parent or holding company or any publicly-held corporation that holds 10% or

more of a party's stock):

     <u>NAME</u>              <u>IDENTIFICATION/RELATIONSHIP</u>

     None known; however, should others become known, this response will be provided by
supplement.

     Dated this 15th day of September, 2017.

                       /S/EDWARD M. HUGHES_____
                       Edward M. Hughes
                       Georgia Bar No. 375650
                       Joshua H. Dorminy
                       Georgia Bar No. 822360
                       Attorneys for Pay Tel Communications, Inc.

Ellis, Painter, Ratterree & Adams, LLP
2 East Bryan Street, #10 (31401)
Post Office Box 9946 (31412)
Savannah, Georgia
912.233.9700 Telephone
912.233.2281 Facsimile
bhughes@epra-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I electronically filed with the Clerk of Court FED.R.CIV.P. 7.1 AND LOCAL RULE 7.1.1 DISCLOSURE STATEMENT using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Corey Quinn Burke
# 1002065089
Georgia Diagnostic &
Classification State Prison
PO Box 3877
Jackson, GA 30233

United States Marshals Service
125 Bull Street, Room 333
Savannah, Georgia 31401

THIS 15TH day of September, 2017.

/S/EDWARD M. HUGHES
Edward M. Hughes
Georgia Bar No. 375650
Joshua H. Dorminy
Georgia Bar No. 822360
Attorney for Defendant

Ellis Painter Ratterree & Adams
2 East Bryan St., 10th Floor (31401)
Post Office Box 9946 (31412)
Savannah, Georgia
912.233.9700 Telephone
912.233.2281 Facsimile
bhughes@epra-law.com

1777597.1