IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| COREY QUINN BURKE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV417-098 |
| SHERIFF JOHN T. WILCHER, COUNSELOR B. KIRKLAND, MELISSA S. KOHNE, COUNSELOR P. GORDON, B. LANG, T. FREESEMAN, CORPORAL CONYERS, CORPORAL RUCKER, BOARD OF COMMISSIONERS, BRIAN COUNIHAN, SERGEANT HALL, AND PAYTEL COMMUNICATIONS, INC., | ) |
| Defendants. | ) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 49.) After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's complaint (Doc. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of June 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA