# United States District Court
## Southern District of Georgia

COREY QUINN BURKE,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-98

SHERIFF JOHN T. WILCHER, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 24, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, this case is DISMISSED WITHOUT PREJUDICE. This case stands closed.



06/24/2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk